**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DONNA STAINTHORP,<br><br>    Plaintiff,<br><br>    vs.<br><br>HMS HOST USA, INC., ET AL.,<br><br>    Defendants. | No. 1:10-CV-00534-GSA<br><br>**ORDER DISMISSING CASE** |

Pursuant to the stipulation of the parties filed on August 20, 2010 and Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED that this action is hereby DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 23, 2010**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE